NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DUHN OIL TOOL, INC.,**
*Plaintiff-Appellant,*

v.

**CAMERON INTERNATIONAL CORPORATION,**
*Defendant-Cross-Appellant.*

2013-1014, -1015

Appeals from the United States District Court for the Eastern District of California in No. 05-CV-1411, Judge Marilyn L. Huff.

**ON MOTION**

**O R D E R**

Cameron International Corporation moves to dismiss this appeal. Duhn Oil Tool, Inc. opposes the motion and moves to join its parent company and now owner of the patent in dispute, Seaboard International, Inc., as a party to this appeal.

The court deems it the better course for the motion to dismiss to be denied and for the parties to raise the juris-

dictional issues and the motion to add Seaboard as a party in their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to dismiss and to add Seaboard as a party are denied for the purposes of having the matters decided by the merits panel assigned to the case. The parties are directed to raise these issues in their briefs.

(2) Duhn Oil's motion for an extension of time is granted. Duhn Oil's principal brief is due within 30 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s19