NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2013-1014, -1015

DUHN OIL TOOL, INC.,

          Plaintiff-Appellant,

v.

CAMERON INTERNATIONAL CORPORATION,

          Defendant-Cross Appellant.

Appeal from the United States District Court for the Eastern District of California in case no. 05-CV-1411, Judge Marilyn L. Huff.

ON MOTION

O R D E R

Upon consideration of Duhn Oil Tool, Inc.'s unopposed motion for an extension of time, until September 11, 2013, to file its initial brief,

IT IS ORDERED THAT:

The motion is granted.

          FOR THE COURT

     August 23, 2013                  /s/ Daniel E. O'Toole
        Date                               Daniel E. O'Toole
                                            Clerk

cc:    Joseph E. Thomas, Esq.
        Charles J. Rogers, Esq.